**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| XAMOTHY BANDITH, | Case No. 1:26-cv-1003 KES EGC |
| Petitioner, | ORDER DISMISSING PETITION AS MOOT, TERMINATING PENDING FINDINGS AND RECOMMENDATIONS AS MOOT, AND DIRECTING CLERK OF COURT TO CLOSE CASE |
| v. | |
| TODD LYONS, et al. | |
| Respondents. | Doc. 9 |

Petitioner Xamonthy Bandith an immigration detainee, proceeds with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.  The assigned magistrate judge issued findings and recommendations regarding the merits of the petition on March 9, 2026.  Doc. 9.

On March 19, 2026, the respondents filed a "Notice of Immigration Court Order and Notice of Mootness."  Doc. 11 at 1.  Respondents reported: "On March 16, 2026, the Immigration Court reopened Petitioner's case *sua sponte* and terminated his removal proceedings.  *Id.* at 1; *see also* Doc. 11-1.  Following the order of the immigration judge, Petitioner was released from custody.  Doc. 12-1 at 1.

As Petitioner has been released from custody—which is the relief requested in the petition—and his immigration case was terminated, the Court finds the matter is now moot.  Because there is no further relief that this court can provide, the petition is now moot.  *See Lopez Santos v. Bondi*, 2026 WL 498489 at *1 (E.D. Cal. Feb. 23, 2026) (dismissing a petition under

1

Section 2241 as moot where the petitioner was no longer in custody).  The Court ORDERS:

    1.    The petition for writ of habeas corpus (Doc. 1) is DISMISSED as moot.

    2.    The findings and recommendations dated March 9, 2026 (Doc. 9) are terminated as MOOT.

    3.    The Clerk of Court is directed to close the case.

IT IS SO ORDERED.

Dated:    June 2, 2026

_____
UNITED STATES DISTRICT JUDGE